**No. 09-8240. Roger Dean Upchurch, Jr., Petitioner v. Texas.**

559 U.S. 978, 130 S. Ct. 1701, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2130.

March 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-8241. Henry F. Weber, Petitioner v. Burl Cain, Warden.**

559 U.S. 978, 130 S. Ct. 1701, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2188.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8244. Shaun Kareem Burney, Petitioner v. California.**

559 U.S. 978, 130 S. Ct. 1702, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2112.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 203, 97 Cal. Rptr. 3d 348, 212 P.3d 639.

**No. 09-8250. Paul Keith Reyes, Petitioner v. Maggie Toulouse Oliver.**

559 U.S. 978, 130 S. Ct. 1702, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2109.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 345 Fed. Appx. 329.

**No. 09-8263. Martin Walters, Petitioner v. Florida.**

559 U.S. 979, 130 S. Ct. 1702, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2035,

March 1, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 20 So. 3d 859.

**No. 09-8267. Amos Ragan, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 979, 130 S. Ct. 1702, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2088.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8268. Roy Neal Shelling, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 979, 130 S. Ct. 1703, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2163.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8270. Charles Jerall Smith, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

559 U.S. 979, 130 S. Ct. 1703, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2027.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 343 Fed. Appx. 949.

**No. 09-8271. Dennis Michael Salerno, Petitioner v. Michigan.**

559 U.S. 979, 130 S. Ct. 1703, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2059.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.